**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **JOHNNY LEE JIMERSON** | ) | |
| | ) | |
| v. | ) | 3-05-CV-1069-D |
| | ) | |
| **POLICE CHIEF OF DESOTO, TEXAS** | ) | |
| **ET AL** | ) | |

## ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

Signed December 27, 2005.

_____
SIDNEY A. FITZWATER
UNITED STATES DISTRICT JUDGE